File No.: 936-1190
**Dvorak & Associates, LLC**
390 George Street
New Brunswick, New Jersey 08901
(732) 317-0130
(732) 317-0140 (FAX)
Attorneys for Defendants, Edison Township, Jun H. Choi, Edison Township Police Department, Brian Collier, Estate of Brian Collier, Thomas Bryan, Matthew Freeman, and Thomas Goshkagarian

**ORDER ON ORAL MOTION**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADAM L. TIETCHEN, <br><br> Plaintiff, <br> v. <br><br> JUN H. CHOI, Individually and as Mayor of Edison Township; EDISON TOWNSHIP, et al., <br><br> Defendants. | Civil Action No.: 2:09-cv-5993-WJM-MF |
| ADAM J. TIETCHEN, <br><br> Plaintiff, <br> v. <br><br> EDISON TOWNSHIP; JUN CHOI, Individually and as Mayor of Edison Township ("Choi"), et al., <br><br> Defendants. | Civil Action No.: 2:10-cv-3939-WJM-MF |

### ORDER OF CONSOLIDATION

THIS MATTER having been opened to the Court by the consent of the parties, and the Court having considered the positions of the parties and good cause having been shown;

IT IS on this ___1___ day of ___Oct___, 2010,

ORDERED that the matters of <u>Tietchen v. Jun H. Choi, et al.</u>, Civil Action No. 09-5993 (WJM-MF) and <u>Tietchen v. Edison Township, et al.</u>, Civil Action No. 10-3939 (WJM-MF), be and are hereby consolidated. *for discovery purposes only*

HON. MARK FALK, U.S.M.J

We hereby consent to the form and entry of the within Order:

GERALD GORDON, ESQ.

*[signature]*

GERALD GORDON, ESQ.
Attorney for Plaintiff, Adam L. Tietchen

DVORAK & ASSOCIATES, LLC

*[signature]*

LORI A. DVORAK, ESQ.
Attorneys for Defendants, Edison Township, Jun H. Choi, Edison Township Police Department, Brian Collier, Estate of Brian Collier, Thomas Bryan, Matthew Freeman, and Thomas Goshkagarian

MARTIN, KANE & KUPER

By: *[signature]*
JOHN F. GILLICK, ESQ.
Attorney for Defendants, Anthony Marcantuno, Mark Anderko; Patrick Kelly; Anthony Cancro; Frank Todd; and Matthew Freeman